United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 14, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-41166
Summary Calendar
_____

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

BOYD WILLIAM LYCKMAN

Defendant-Appellant

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:99-CR-106-ALL
--------------------

Before KING, HIGGINBOTHAM and GARZA, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Boyd William Lyckman has moved for leave to withdraw and has filed a brief in accordance with <u>Anders v. California</u>, 386 U.S. 738 (1967). Counsel was appointed to represent Lyckman in the appeal of his criminal contempt conviction and the modification of his terms of supervised release. Lyckman has not filed a response to counsel's motion.

Our independent review of counsel's brief and the record discloses no nonfrivolous issues for appeal. Accordingly,

--------------------

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.